Robert Rezzonico, shall be and hereby are dismissed with prejudice and without costs to any party.

                                    BARKER, SCOTT & GELFAND
                                    A Profession Corporation

By: _____    By: _____
    Thomas J. Mallon, Esquire      A. Michael Barker, Esquire
    Attorney for Plaintiff             Attorney for Defendant,
                                      Robert Rezzonico

Dated: 2/3/11                        Dated: _____


A. Michael Barker, Esquire
Barker, Scott & Gelfand
a Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
AMBarker@BarkerLawFirm.net
AMB/lw - Our File Number: 60144-01
Attorney for Defendant, Patrolman Robert Rezzonico

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY – TRENTON VICINAGE**

| | |
|---|---|
| JAMES HALL<br>    Plaintiff,<br><br>                vs.<br><br>BOROUGH OF SEASIDE HEIGHTS;<br>ROBERT REZZONICO;<br>CHRISTOPHER LANG;<br>JOHN DOES 1-10, Seaside Heights<br>    Police Officers;<br>THOMAS BOYD, Chief of Police;<br>JOHN DOES 11-15, Personnel of the<br>    Seaside Heights Police Department<br>    in Supervisory Capacities;<br>THE BAMBOO BAR, INC.; and,<br>JOHN DOES 16-20, Agents, Servants<br>    and/or Employees of The Bamboo<br>    Bar<br>    Defendant | Civil Action Number<br>08-cv-3969 (FLW/TJB)<br><br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**As to Robert Rezzonico** |

It is hereby stipulated and agreed that any and all causes of action by and/or on behalf of the Plaintiff, James Hall, against the Defendant,